UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ASATA D. LOWE, | ) |
| *Petitioner*, | ) |
| | ) Case No. 3:22-cv-422 |
| v. | ) |
| | ) Judge Atchley |
| MIKE PARRIS, | ) Magistrate Judge Poplin |
| *Respondent*. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum and Order filed herewith, the petition for writ of habeas corpus [Doc. 1] is **DENIED**, Petitioner's pending motions [Docs. 3, 4, 7, 8, 9, 10, 11, 12, 14] are **DENIED as moot**, and this action is **DISMISSED WITH PREJUDICE**.

Because the Court **CERTIFIED** in its Memorandum and Order that any appeal from this action would not be taken in good faith and would be totally frivolous, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* Rule 24 of the Federal Rules of Appellate Procedure.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT:**
*/s/ LeAnna R. Wilson*
**CLERK OF COURT**